Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*IFP Submitted*
*CV-30 Submitted*

*no summons*

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
CENTRAL District of CALIFORNIA
_____ Division

Derrion M Gibson )
)
)
_____ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
Elon Musk, )
Neuralink, Starlink, Open AI )
)
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

Case No. **8:23-cv-00957-JWH (JDEx)**
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Derrion M Gibson |
| Street Address | 523 W. 55th Street |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | California, 90037 |
| Telephone Number | 213-649-7139 |
| E-mail Address | derrionmgibson@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Elon Musk |
| Job or Title *(if known)* | CEO of Tesla |
| Street Address | 1 Tesla Road |
| City and County | Austin, Travis County |
| State and Zip Code | Texas, 78625 |
| Telephone Number | 512-516-8177 |
| E-mail Address *(if known)* | Press@tesla.com |

Defendant No. 2

| | |
|---|---|
| Name | Neuralink |
| Job or Title *(if known)* | |
| Street Address | 7400 Paseo Padre Parkway |
| City and County | Fremont, Alameda County |
| State and Zip Code | California, 94555 |
| Telephone Number | 650-342-9600 |
| E-mail Address *(if known)* | Info@neuralink.com |

Defendant No. 3

| | |
|---|---|
| Name | Starlink |
| Job or Title *(if known)* | |
| Street Address | 500 Center Ridge Dr. |
| City and County | Austin, Travis County |
| State and Zip Code | Texas, 78753 |
| Telephone Number | 877-665-7561 |
| E-mail Address *(if known)* | Info@starlink.com |

Defendant No. 4

| | |
|---|---|
| Name | Open AI |
| Job or Title *(if known)* | |
| Street Address | 3180 18th st |
| City and County | San Francisco, San Francisco County |
| State and Zip Code | California, 94110 |
| Telephone Number | 800-217-3145 |
| E-mail Address *(if known)* | Dsar@openai.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of the 13th Amendment of the United States Constitution, Slavery.
Violation of Title 18 USC, Chapter 13, Section 242, Deprivation of Rights
Violation of Title 18 USC, Chapter 113c, Section 2340, Torture
Violation of Title 18 USC, Chapter , Section 1832, Trade Secret Theft
Violation of Title 18 USC, Chapter 41, Section 873, Blackmail

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)*
      _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Elon Musk referred to me as his "slave" claiming that he purchased me in a "slave auction". I've been used to experiment Neuralink technology on as well as to steal my intellectual property and trade secret. They said that my life and business was to be a sacrifice for white supremacy as well as Elon Musk and Neuralink's success. They've used this technology to run a psychological torture game called "Monkey Mind Pong" where I'm given Slavery commands 24/7. Artificial Intelligence Technology responds verbally with a comment or command to any thoughts or action that I have. These commands include the extortion of my story of these events as well as everyday movement. This began in November 2018 and has progressed since.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm suing for $100,000,000,000 on the basis that using Neuralink's telepathy communication system; my entire existence is being replicated on behalf of Elon Musk, Neuralink is commanding me on how to live my life at every step, sexually abusing me 24/7 by sexually stimulating me through a technology which is bragged about in blogs, my thought process has been uploaded as the foundation of Neuralink and Open AI's artificial intelligence and is being used to help propel Elon Musk in the business world. Neuralink reads my thoughts and using Starlink, they upload them to a cloud, and then repurpose everything into Open AI. This was a business hit job that caused me to lose my place in the world as entrepreneur as well as my relationships and opportunity I built for myself

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/31/2023

Signature of Plaintiff

Printed Name of Plaintiff: Derrion M Gibson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Defendants:

United States Army
1400 Defense Pentagon Washington,
DC 20301-1400

United States Air Force
1400 Defense Pentagon Washington,
DC 20301-1400

United States Secret Service
950 H St NW #7800,
Washington, DC 20223

Federal Bureau of Investigations
11000 Wilshire Blvd #1700,
Los Angeles, CA 90024

Westminster Police Department
8200 Westminster Blvd.,
Westminster, CA 92683

Garden Grove Police Department
11301 Acacia Pkwy,
Garden Grove, CA 92840

Huntington Beach Union High School District
5832 Bolsa Ave STE 100,
Huntington Beach, CA 92649

City of Westminster
8200 Westminster Blvd.,
Westminster, CA 92683

Orange County Sheriff's Department
550 N Flower St,
Santa Ana, CA 92703

Orange County District Attorney's Office
300 N Flower St,
Santa Ana, CA 92703

Orange County Public Defender's Office
600 W Santa Ana Blvd #501,
Santa Ana, CA 92701

Statement of Claim:

2. US Army and US Air Force personnel over the course of 4+ years have had me poisoned, shot me with multiple satellites, and have coordinated events to help hold me hostage. They also declared war against me for being "too intelligent" and having a life they didn't want me to have.

3. Westminster PD and Garden Grove PD have participated in kidnapping and robbery as well as failure to investigate me being trafficked for Intelligence, Influence, and Entertainment. They've committed slander, perjury, unauthorized access of my electronics, and have helped hold witnesses to what I've been through hostage.

4. The FBI and Secret Service Agents have committed slander, unauthorized access of my electronics, and sex trafficking under the California penal code, and have helped hold witnesses to what I've been through hostage.

5. Tai Do, former City Councilmen of the city of Westminster and CJ Hollingsworth, Basketball Coach employeed by The Huntington Beach Union High School District have participated in torture, slavery, has received stolen property belonging to me by Neuralink, and have helped hold witnesses to what I've been through hostage.

6. The Orange County Sheriff's Department has participated in the destruction of evidence, harassment, and failure to investigate.

7. The Orange County District Attorney's office refused to investigate on my behalf and have deprived me of a fair trial in favor of Westminster PD and Neuralink.

8. The Orange County Public Defender's office has refused to represent me fairly in favor of the Orange County District Attorney's office. They're participating in keeping my defense of self defense against Westminster PD's corruption associated this white supremacists gang out of the courtroom.